08 CIV 4881

OFFICE COPY

BLANK ROME, LLP
Attorneys for Plaintiff
EAST OCEAN (HONG KONG)
SHIPPING CO. LTD.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000



RECEIVED
MAY 27 2008
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |
|---|---|
| EAST OCEAN (HONG KONG) SHIPPING CO. LTD., | 08 Civ. |
| Plaintiff, | **RULE 7.1 STATEMENT** |
| -against- | |
| FIVE OCEAN CORPORATION, | |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

plaintiff EAST OCEAN (HONG KONG) SHIPPING CO. LTD. certifies that, according to

information provided to counsel by its clients, EAST OCEAN (HONG KONG) SHIPPING CO.

LTD., is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:      New York, New York
            May 27, 2008

                              BLANK ROME, LLP
                              Attorneys for Plaintiff
                              EAST OCEAN (HONG KONG)
                              SHIPPING CO. LTD.

                              By
                                  Jack A. Greenbaum (JG 0039)
                              The Chrysler Building
                              405 Lexington Ave.
                              New York, NY 10174-0208
                              (212) 885-5000